Below is an Order of the Court.

**Please note the court's modification on page 2 of this order.**

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Chapter 13 |
| Sean Daniel Schrader, | Case No. 17-30928-dwh13 |
| Debtor. | |
| Vincent Wurster, an individual and Tina Elston, an individual, | Adversary Proceeding No. 17-03086-dwh |
| Plaintiff. | ORDER STRIKING PLAINTIFFS' REQUEST FOR RELIEF FROM STAY |
| vs. | |
| Sean Daniel Schrader, | |
| Defendant. | |

On August 29, 2017 a pre-trial conference was held in the above matter. Present by telephone were Defendant's Counsel, Laura Donaldson and Defendant, Sean Schrader. No appearances were made by Plaintiffs or their Counsel. Plaintiffs' Complaint requests under "Prayer for Relief" #3(a) "for the lifting of the bankruptcy stay, to the extent it would otherwise protect assets that the court has deemed not be exempt". The Court finds as follows:

1. A request for relief must comply with 11 U.S.C. §362 (c) and FRBP 4001(a)(1)

Page 1 - Order Denying Request for Relief from Stay

Kuni Donaldson, LLP
1975 SW 1st Ave., Ste H
Portland OR 97201
503-227-3004

~~and be made by motion utilizing the general relief from stay procedures found in LBF 720.50;~~ and, pursuant to LBR 4001-1(b)(2), the movant must file the motion using LBF 720.50;

    2.    Until such relief is properly requested the issue is not before the Court;

THEREFORE, it is hereby ORDERED that Plaintiffs' request for relief from stay is hereby stricken from the Complaint. ✓ This order is without prejudice to any stay-relief motion that plaintiff brings on LBF 720.50.

# # #

Presented by:

/s/ Laura L Donaldson
Laura L. Donaldson, OSB022930
Kuni Donaldson, LLP
1975 SW 1st Ave, Ste H
Portland OR 97201
503-227-3004
laura@kunidonaldson.com

cc:    Eric Helmy, Counsel for Plaintiffs
        Laura L. Donaldson, Counsel for Defendant

Page 2 - Order Denying Request for Relief from Stay

Kuni Donaldson, LLP
1975 SW 1st Ave., Ste H
Portland OR 97201
503-227-3004

Case 17-03086-dwh     Doc 10     Filed 08/30/17