Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: N/A

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Chapter 13 |
| Sean Daniel Schrader, | Case No. 17-30928-dwh13 |
| Debtor. | |
| Vincent Wurster, an individual and Tina Elston, an individual, | Adversary Proceeding No. 17-03086-dwh |
| Plaintiff. | JUDGMENT OF DISMISSAL OF ADVERSARY COMPLAINT WITH PREJUDICE |
| vs. | |
| Sean Daniel Schrader, | |
| Defendant. | |

THIS MATTER having come before the Court on Defendant's Summary Judgment Motion and the Court having entered ~~a Default Order~~ its Order Granting Defendant's Motion For Summary Judgment of Dismissal [17];

///

Page 1 - JUDGMENT OF DISMISSAL

Kuni Donaldson, LLP
1975 SW 1st Ave, Ste H
Portland OR 97201
503-227-3004

JUDGMENT IS HEREBY ENTERED against Plaintiff's Vincent Wurster and Tina Elston and in favor of Defendant dismissing Plaintiff's adversary complaint (Dkt#21) with prejudice.

# # #

Presented by:

/s/ Laura L Donaldson
Laura L. Donaldson, OSB022930
Kuni Donaldson, LLP
1975 SW 1st Ave, Ste H
Portland OR 97201
503-227-3004
laura@kunidonaldson.com

cc:  Eric Helmy, Counsel for Plaintiffs
     Laura L. Donaldson, Counsel for Defendant